UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Acushnet Company, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>City Sports, Inc., a Massachusetts corporation, John and Jane Does 1-100 and XYZ Corporations 1-100,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § | C.A. NO. _____<br><br>CORPORATE DISCLOSURE STATEMENT<br><br>FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 |

---

**ACUSHNET COMPANY'S LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Local Rule 7.3(A), Plaintiff Acushnet Company hereby states that it is a Delaware corporation, and that its parent company is Fortune Brands, Inc., a publicly traded company.

Dated: May 27, 2005

| | |
|---|---|
| Harley I. Lewin (HL 1819)<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue, 20th Floor<br>New York, NY 10166<br>(212) 801-9200<br>(Application for admission Pro Hac Vice pending)<br><br>Katherine Compton<br>GREENBERG TRAURIG, LLP<br>State Bar No. 04652100<br>600 Three Galleria Tower<br>13155 Noel Road<br>Dallas, Texas 75240<br>Telephone: (972) 419-1250<br>Facsimile: (972) 419-1251<br>(Application for admission Pro Hac Vice pending) | Respectfully submitted,<br><br>Acushnet Company<br><br>By its attorneys,<br><br>*/s/ Roger A. Lane*<br>Roger A. Lane, BBO#551368<br>Salo L. Zelermyer, BBO#661228<br>GREENBERG TRAURIG, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>Tel: (617) 310-6000<br>Fax: (617) 310-6001 |

bos-srv01\164852v01