UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Acushnet Company, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>City Sports, Inc., a Massachusetts corporation, John and Jane Does 1-100 and XYZ Corporations 1-100,<br><br>Defendants. | **05 11108 DPW**<br>C.A. NO. _____<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO IMPOUND FILE PENDING HEARING ON ORDER TO SHOW CAUSE<br><br>FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 |

**WHEREAS**, pursuant to Local Rule 7.2, Acushnet Company ("Acushnet") has applied for an order to impound the file in this action until the date for hearing on Acushnet's motion for a preliminary injunction; and

**WHEREAS** the Court has reviewed the Complaint, declarations, exhibits and memorandum of law submitted by Acushnet in this matter; it is therefore

**ORDERED** that this action shall remain sealed by the Court until the date for hearing on Acushnet's motion for a preliminary injunction, at which time the Clerk may remove the seal and impoundment order. Acushnet shall withhold publication of any items related to this action until such date.

Signed on this 27th day of May, 2005.

_____
United States District Judge

bos-srv01\164853v01