UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Acushnet Company, a Delaware Corporation,** | § § § § | C.A. NO. _____ |
| Plaintiff, | § § § | MOTION FOR APPOINTMENT OF PROCESS SERVER |
| v. | § § § | FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 |
| **City Sports, Inc., a Massachusetts corporation, John and Jane Does 1-100 and XYZ Corporations 1-100,** | § § § § | |
| Defendants. | § | |

## MOTION FOR APPOINTMENT OF PROCESS SERVER

Pursuant to Mass. R. Civ. P. 4(c), Plaintiff, Acushnet Company, moves this Court to appoint Thomas Savage of Disinterested Parties, Inc., as Process Server in this action. In support of this motion, Plaintiff states that Mr. Savage is over 18 years old, has no interest in the outcome of this action, and is experienced in the service of process.

Respectfully submitted,

Acushnet Company

By its attorneys,

*/s/ Roger A. Lane*
Roger A. Lane, BBO#551368
Salo L. Zelermyer, BBO#661228
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

5/27/05 · ALLOWED
Douglas P. Woodlock, U.S.D.J.