UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY, A DELAWARE CORPORATION, <br> PLAINTIFF, <br><br> V. <br><br> CITY SPORTS, INC., A MASSACHUSETTS CORPORATION; JOHN DOES 1-100 AND XYZ CORPORATIONS 1-100, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § | CIVIL ACTION NO. <br><br> FILED UNDER SEAL PURSUANT TO 15 U.S.C. §1116 |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Rule 83.5.3, Plaintiff Acushnet Company ("Acushnet") files this Motion for Admission Pro Hac Vice to permit Harley Lewin and Katherine Compton, attorneys of the law firm Greenberg Traurig, LLP, to appear as attorneys of record on behalf of Plaintiff Acushnet in this proceeding and state as follows:

**I.**

Harley Lewin is a resident of the State of New York and is duly licensed to practice law in New York. Mr. Lewin is a shareholder with the law firm of Greenberg Traurig, LLP, with offices at Met Life Building, 200 Park Avenue, 20th Floor, New York, New York 10166, Telephone: (212) 801-9200. Mr. Lewin is a member in good standing of the bar of the highest court of the state of New York. Mr. Lewin is also admitted to practice before the United States Supreme Court, the U.S. Court of Appeals Ninth and Second Circuits, and the U.S. District Courts for the Southern and Eastern Districts of New York and is experienced in trial proceedings Mr. Lewin's Declaration is attached hereto as Exhibit "A."

MOTION FOR ADMISSION PRO HAC VICE - Page 1
507058v2

Mr. Lewin certifies that there are no disciplinary proceedings pending against him in any jurisdiction and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Katherine Compton is a resident of the State of Texas and is duly licensed to practice law in Texas. Ms. Compton is a shareholder with the law firm of Greenberg Traurig, LLP, with offices at 13155 Noel Road, Suite 600, Dallas, Texas 75240, Telephone: (972) 419-1250. She is a member in good standing of the Texas State Bar, U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas and is experienced in trial proceedings Ms. Compton's Declaration is attached hereto as Exhibit "B."

Ms. Compton certifies that there are no disciplinary proceedings pending against her in any jurisdiction and she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Plaintiff Acushnet Company requests that leave be granted to allow Harley Lewin and Katherine Compton and the law firm of Greenberg Traurig to appear pro hac vice and participate in the trial of this cause and in all pre-trial and related matters and for such other relief to which they may be entitled.

          Respectfully Submitted,

_____
Roger Lane
Bar No. 551368
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
617/310-6000 ph
617/310-6001 fax

**ATTORNEYS FOR PLAINTIFF ACUSHNET COMPANY**

Of Counsel:

Harley I. Lewin (HL 1819)
GREENBERG TRAURIG, LLP
200 Park Avenue, 20th Floor
New York, NY 10166
(212) 801-9200
(Application for admission Pro Hac Vice pending)

Katherine Compton
GREENBERG TRAURIG, LLP
Texas Bar No. 04652100
600 Three Galleria Tower
13155 Noel Road
Dallas, Texas 75240
Telephone: (972) 419-1250
Facsimile: (972) 419-1251
(Application for admission Pro Hac Vice pending)

**ATTORNEYS FOR PLAINTIFF ACUSHNET COMPANY**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY, A DELAWARE CORPORATION,<br>　　　　PLAINTIFF,<br><br>V.<br><br>CITY SPORTS, INC., A MASSACHUSETTS CORPORATION; JOHN DOES 1-100 AND XYZ CORPORATIONS 1-100,<br><br>　　　　DEFENDANTS. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br><br>FILED UNDER SEAL<br>PURSUANT TO 15 U.S.C. § 1116 |

## DECLARATION OF HARLEY LEWIN

HARLEY LEWIN, hereby makes the following declaration in support of Plaintiff's Motion for Admission Pro Hac Vice and under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1.　My name is Harley Lewin. I am a shareholder at the law firm of Greenberg Traurig, LLP. I am over the age of twenty-one (21) years, suffer no legal or mental disabilities, and am fully competent to make this declaration. I have personal knowledge of the facts stated herein, all of which are true and correct.

2.　I am an attorney and a member of the law firm of Greenberg Traurig, LLP, with offices at Met Life Building, 200 Park Avenue, 20th Floor, New York, New York 10166, Telephone: (212) 801-9200.

3.　I have been retained personally and as a member of the above-named firm by Plaintiff Acushnet Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court, District of Massachusetts.

DECLARATION OF HARLEY LEWIN - Page 1
57078v1   43548.010000

4. Since July 7, 1970, I have been and am presently a member in good standing of the State Bar of New York where I regularly practices law. My New York bar license number is 1281823.

5. In addition to the New York State Bar, I am presently a member in good standing and have been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court for the Southern District of New York | 1970 |
| U.S. District Court for the Eastern District of New York | 1971 |
| U.S. Court of Appeals Second Circuit | December 22, 1988 |
| U.S. Court of Appeals Ninth Circuit | July 3, 1991 |
| U.S. Supreme Court | June 19, 1995 |

6. I have never been subject to a grievance proceedings or involuntary removal proceedings as a member of the bar of any state or federal court.

7. I have not been charged, arrested, or convicted of a criminal offense or offenses in any state.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. I respectfully request to be admitted to practice in the United States District Court for the District of Massachusetts for this case only.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 25, 2005 in New York, New York.

HARLEY I. LEWIN

DECLARATION OF HARLEY LEWIN - Page 2
57078v1  43548.010000

SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____ J. Michael McMahon _____, Clerk of this Court, certify that

_____ HARLEY I. LEWIN _____, Bar # _____ HL1819 _____

was duly admitted to practice in this Court on

_____ NOVEMBER 11th, 1971 _____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York         on      MAY 26th, 2005

**J. MICHAEL McMAHON**
_____      by: _Jessica Doss_
Clerk                                Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY, A DELAWARE CORPORATION, §§§ | |
| PLAINTIFF, § | CIVIL ACTION NO. |
| § | |
| V. § | FILED UNDER SEAL |
| § | PURSUANT TO 15 U.S.C. § 1116 |
| CITY SPORTS, INC., A § | |
| MASSACHUSETTS CORPORATION; § | |
| JOHN DOES 1-100 AND XYZ § | |
| CORPORATIONS 1-100, § | |
| § | |
| DEFENDANTS. § | |

### DECLARATION OF KATHERINE COMPTON

KATHERINE COMPTON, hereby makes the following declaration in support of Plaintiff's Motion for Admission Pro Hac Vice and under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

    1.    My name is Katherine Compton. I am a shareholder at the law firm of Greenberg Traurig, LLP. I am over the age of twenty-one (21) years, suffer no legal or mental disabilities, and am fully competent to make this declaration. I have personal knowledge of the facts stated herein, all of which are true and correct.

    2.    I am an attorney and a member of the law firm of Greenberg Traurig, LLP, with offices at 13155 Noel Road, Suite 600, Dallas, Texas 75240, Telephone: (972) 419-1250.

    3.    I have been retained personally and as a member of the above-named firm by Plaintiff Acushnet Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court, District of Massachusetts.

4. Since November 8, 1985, I have been and am presently a member in good standing of the State Bar of Texas where I regularly practice law. My Texas bar license number is 04652100.

5. I am presently a member in good standing and have been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court for the Northern District of Texas | June 18, 2003 |
| U.S. District Court for the Southern District of Texas | July 22, 2003 |
| U.S. District Court for the Eastern District of Texas | June 13, 2003 |
| U.S. District Court for the Western District of Texas | August 20, 1996 |

6. I have never been subject to a grievance proceedings or involuntary removal proceedings as a member of the bar of any state or federal court.

7. I have not been charged, arrested, or convicted of a criminal offense or offenses in any state.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. I respectfully request to be admitted to practice in the United States District Court for the District of Massachusetts for this case only.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 25, 2005 in Dallas, Texas.

_____
KATHERINE COMPTON

DECLARATION OF KATHERINE COMPTON - Page 2
57058V1  43548.010000

# Certificate of Good Standing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Katherine Compton**, Bar # **04652100**, was duly admitted to practice in said Court on **06/18/03**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on **05/25/05**.

Karen Mitchell

BY: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY, A DELAWARE CORPORATION, §§§ | |
| PLAINTIFF, § | CIVIL ACTION NO. |
| § | |
| V. § | FILED UNDER SEAL |
| § | PURSUANT TO 15 U.S.C. § 1116 |
| CITY SPORTS, INC., A MASSACHUSETTS CORPORATION; JOHN DOES 1-100 AND XYZ CORPORATIONS 1-100, §§§§§ | |
| DEFENDANTS. § | |

### ORDER GRANTING ADMISSION PRO HAC VICE

On this day came on to be heard Plaintiff Acushnet Company's Motion for Admission of Harley Lewin and Katherine Compton to Appear Pro Hac Vice. The Court, after considering same, is of the opinion that the Motion has merit and should be granted.

IT IS THEREFORE ORDERED, that Harley Lewin and Katherine Compton are permitted to appear in this cause as attorneys of record on behalf of Plaintiff Acushnet Company.

SIGNED this ____ day of _____, 2005.

_____
U.S. DISTRICT JUDGE

ORDER - Page 1
57058V1  43548.010000