# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

CAUSE NO. 05  1110 8 DPW

| | |
|---|---|
| Acushnet Company, a Delaware Corporation, | § § § |
| Plaintiff, | § § |
| v. | § § |
| City Sports, Inc., a Massachusetts corporation, John Does 1-100 and XYZ Corporations 1-100, | § § § § |
| Defendants. | § § § |

**Declaration of Cliff Petrovsky**

**FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116**

Cliff Petrovsky hereby makes the following declaration under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1.      I am President of Investigative Network, Inc., a private investigative firm that has provided services to Acushnet Company ("Acushnet"). I am over the age of twenty-one (21) years, suffer no legal or mental disabilities, and am fully competent to make this declaration. I make this declaration upon my personal knowledge and upon review of files of Plaintiff under my control.

2.      I submit this Declaration in support of Plaintiff's *ex parte* Application for Temporary Restraining Order, Expedited Discovery Order, and Order to Show Cause for a Preliminary Injunction and the Application to Seal File Pending Hearing on *Ex Parte*

---

Temporary Restraining Order against City Sports, Inc., and John Does 1-100 and XYZ Corporations 1-100 (collectively "Defendant").

3.      I am a licensed private investigator (License Numbers .PI 10516 and 9610009) and have worked with Acushnet for 15 years and been in business for 25 years. We were retained by Acushnet in connection with this matter. During my tenure as a private investigator, I have participated in and/or conducted numerous trademark investigations involving counterfeit and infringing goods, as well as diverted (or "gray market") goods. I was provided by Acushnet's experts a detection sheet which allowed me to identify counterfeit PRO V1 golf balls from genuine Pro V1 golf balls.

4.      **G. I. Joe's Inc. Counterfeiting.** On or about April 28, 2005, at the request of Acushnet, I instructed my investigators to contact G. I. Joe's Inc. and locate stores that carried in stock "Titleist Pro V1." Several locations had sold Titleist Pro V1 golf balls but were out of stock at the time. Two locations, Lynnwood, Washington, and Puyallup, Washington indicated they had Titleist Pro V1 golf balls in stock. By the time my investigator got to the Lynnwood location, there were no more Titleist Pro V1 golf balls on the shelves. My investigator made a purchase of eight (8) dozen counterfeit Titleist Pro V1 golf balls at G. I. Joe's, Inc., 120 31st Ave. SE, Puyallup, WA 98375. Attached hereto as **Exhibit "1"** is a Declaration of Gordon B. Hayashi, my investigator, with an attached receipt for his purchase on April 28, 2005.

5.      The next day, April 29, 2005, three (3) of the eight (8) dozen counterfeit Titleist Pro V1 golf balls were sent by my investigator, Mr. Hayashi to Roland Giroux, Senior Attorney for Acushnet, via Federal Express. Attached hereto as **Exhibit "2"** is a

---

**DECLARATION OF CLIFF PRETROVSKY – Page 2**

photograph of one (1) dozen of the counterfeit golf balls purchased from G.I. Joe's, Inc. by my investigator and sent to Roland Giroux.

6.    **The Andersons, Inc. Counterfeiting.**  On or about May 12, 2005, at the request of Acushnet, I instructed my investigator to visit all six (6) The Andersons, Inc. stores in Ohio to determine if they carried in stock "Titleist Pro V1."  The company's stores are located in Maumee, Toledo, Northwood, Lima and two locations in Columbus, Ohio.  My investigators located counterfeit Titleist Pro V1 golf balls at the following four locations: 5800 Alshire Road, Columbus, Ohio; 7000 Bent Tree Blvd., Columbus, Ohio; 530 Illinois, Maumee, Ohio; and 4701 Talmadge Road, Toledo, Ohio.   Attached hereto as **Exhibit "3"** is a Declaration Phil Thomas, my investigator, with an attached receipt for his purchase  of three (3) dozen counterfeit Titleist Pro V1 golf balls on May 12, 2005, from 5800 Alshire Road, Columbus, Ohio 43232.   Attached hereto as **Exhibit "4"** is a Declaration Phil Thomas, my investigator, with an attached receipt for his purchase of two (2) sleeve boxes of counterfeit Titleist Pro V1 golf balls on May 13, 2005, from 7000 Bent Tree Blvd., Columbus, Ohio 43235.   Attached hereto as **Exhibit "5"** is a Declaration Matthew E. McIntyre, my investigator, with an attached receipt for his purchase of three (3) dozen counterfeit Titleist Pro V1 golf balls purchased on May 13, 2005, from 530 Illinois Avenue, Maumee, Ohio 43537.   Attached hereto as **Exhibit "6"** is a Declaration Matthew E. McIntyre, my investigator, with an attached receipt for his purchase of two (2) dozen boxes of counterfeit Titleist Pro V1 golf balls purchased on May 13 2005, from 4701 Talmadge Road, Toledo, Ohio 43623.

7.      On or about May 13, 2005, my investigator, Phil Thomas, federal expressed one (1) dozen counterfeit Titleist Pro V1 golf balls purchased from 5800 Alshire Road, Columbus, Ohio, 43232 (Brice Location), The Andersons, Inc. to Roland Giroux of Acushnet. Attached hereto as **Exhibit "7"** is a photograph of one (1) dozen of the counterfeit golf balls purchased from The Andersons, Inc. and sent by Phil Thomas to Roland Giroux on May 13, 2005.

8.      **Cam Golf Counterfeiting.**  On or about May 7, 2005, at the request of Acushnet, I instructed my investigators to visit twenty (20) Scheels All Sports, Inc., (whose supplier of golf balls is Cam Golf) in Rim Rock Mall, 300 South 24th Street West, Billings, Montana 59102 and in Appleton, WI and St. Cloud, MN.  My investigative team located counterfeit Titleist Pro V1 golf balls at Scheels All Sports, Inc. located in Rim Rock Mall, 300 South 24th Street West, Billings, Montana 59102; 168 W. Dodge, Omaha, Nebraska 68118; 4301 W. Wisconsin Avenue, Appleton, WI 54913; and 4201 West Division Street, Crossroads Center, Ste. 109, St. Cloud, Minnesota 56387.  Attached hereto as **Exhibit "8"** is a Declaration of Calvin Jones, my investigator, with an attached receipt for his purchase of two (2) dozen counterfeit Titleist Pro V1 golf balls on April 8, 2005, from 168 W. Dodge, Omaha, Nebraska 68118.  Attached hereto as **Exhibit "9"** is a Declaration William Ralph, my investigator, with an attached receipt for his purchases of four (4) dozen counterfeit Titleist Pro V1 golf balls on April 11 and 12, 2005, from 4301 W. Wisconsin Avenue, Appleton, WI 54913.  Attached hereto as **Exhibit "10"** is a Declaration from Bill Nelson, my investigator, with an attached receipt for his purchase of two (2) dozen counterfeit Titleist Pro V1 golf balls on April 12, 2005, from 4201 West

Division Street, Crossroads Center, Ste. 109, St. Cloud, Minnesota 56387. Attached hereto as **Exhibit "11"** is a Declaration from Darwyn Peterson, my investigator, with an attached receipt for his purchase of two (2) dozen counterfeit Titleist Pro V1 golf balls on April 8, 2005, from Rim Rock Mall, 300 South 24th Street West, Billings, Montana 59102.

9.     On or about April 11, 2005, I sent to Roland Giroux at Acushnet, by Federal Express, one (1)  dozen counterfeit Titleist Pro V1 golf balls that my investigators purchased from Scheels All Sports, Inc., 300 S. 24th St. West, Billings, Montana 59102 along with numerous other counterfeit Titleist Pro V1's purchased from Scheels All Sports, Inc. stores. Attached hereto as **Exhibit "12"** is a photograph of one (1) dozen of the counterfeit golf balls sent by me to Roland Giroux on April 11, 2005.

**DECLARATION OF CLIFF PRETROVSKY – Page 5**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 24, 2005.

FURTHER DECLARANT SAYETH NOT.

_____
Cliff Petrovsky

1

# **DECLARATION**

I, ___GORDON B. HAYASHI___, declare and state as follows:

    1.    I visited the GI Joe's store located at __120 31ST AVE. SE,__ __PUYALLUP, WA  98374__ on __APRIL 28__, 2005 and purchased __EIGHT__ dozen Titleist Pro V-1 golf balls.

    2.    The outer and inner packaging of the purchased Titleist Pro V-1 golf balls have been evidenced with the date purchased and my initials.

    3.    I have maintained custody and control of the golf balls, and have personally forwarded the products to Investigative Network, Inc. located in Prescott, Arizona via Federal Express on __APRIL 29__, 2005.

I declare under penalty of perjury under the laws of the United States of America that this foregoing declaration is true and correct.

Executed this __29TH__ day of __APRIL__, 2005 in __TACOMA, WA__.

_Gordon B. Hayashi_
Signature

___GORDON B. HAYASHI___
Print Name

EXHIBIT
1

04-28-05
9PM

```
        G.I. JOE'S
       P U Y A L L U P
        253-445-8090

5835        10    7826    15    011

GOLF BALLS     17 1T    40.00
  SKU 6030-084
    DISCOUNT   20.0T     8.00-
GOLF BALLS     17 1T    40.00
  SKU 6030-084
    DISCOUNT   20.0T     8.00-
GOLF BALLS     17 1T    40.00
  SKU 6030-084
GOLF BALLS     17 1T    40.00
  SKU 6030-084
    SUBTOTAL          144.00

    SALES TAX 8.8%     12.67
    TOTAL            156.67

    CHECK            156.67
    ACCT#XXXXXXXXXXXXXXX1687
    REFERENCE#   15972380
    CHANGE              .00

  RECEIPT REQUIRED FOR REFUND

 G.I.JOE'S HAS A 90-DAY MERCHANDISE
 RETURN POLICY.  ITEMS YOU PURCHASE
 TODAY CAN BE RETURNED UNTIL 07/28/05.

  APRIL 28, 2005       2:45 PM
```

```
       P U Y A L L U P
        253-445-8090

5881        10    3895    15    001

GOLF BALLS     17 1T    40.00
  SKU 6030-084
    DISCOUNT   20.0T     8.00-
GOLF BALLS     17 1T    40.00
  SKU 6030-084
    DISCOUNT   20.0T     8.00-
GOLF BALLS     17 1T    40.00
  SKU 6030-084
GOLF BALLS     17 1T    40.00
  SKU 6030-084
    SUBTOTAL          144.00

    SALES TAX 8.8%     12.67
    TOTAL            156.67

    CHECK            156.67
    ACCT#XXXXXXXXXXXXXXX1687
    REFERENCE#   15972377
    CHANGE              .00

  RECEIPT REQUIRED FOR REFUND

 G.I.JOE'S HAS A 90-DAY MERCHANDISE
 RETURN POLICY.  ITEMS YOU PURCHASE
 TODAY CAN BE RETURNED UNTIL 07/28/05.

  APRIL 28, 2005       2:40 PM
```

04-28-05 9PM

G.I. JOE'S

**2**



3

# DECLARATION

I, _Phil Thompson_____, declare and state as follows:

1.    I visited The Anderson store located at _Columbus-Brice Rd._

_5800 Alshire Rd, Columbus, OH 43232_____ on _Thursday_

_May 12_, 2005 and purchased _____3_____ dozen Titleist Pro V1 golf balls.

2.    The outer and inner packaging of the purchased Titleist Pro V1 golf balls

have been evidenced with the date purchased, my initials, the name of the store, and

the store location.

3.    I have maintained custody and control of the golf balls, and have

personally forwarded the products to Investigative Network, Inc. located in Prescott,

Arizona via Federal Express on _May 13_____, 2005.

I declare under penalty of perjury under the laws of the United States of America that

this foregoing declaration is true and correct.

Executed this _13_ day of _May_, 2005 in _Columbus, OH_____.

_Phil Thompson (signature)_____
Signature

_Phil Thompson_____
Print Name

**EXHIBIT**

**3**

5/12/05
PT

THE ANDERSONS #39
Receipt Required for Returns
Columbus, OH 43232
(614) 864-8800

REG 4   05/12/05 Trx# 378591  Time 20:38
Cashier 30442    Name Carly

  3 GOLF BALLS     @ 45.99     137.97 T
    0-84984-12477

                    Subtotal   137.97
                         Tax     9.32
  3 Items          Total   147.29
    *** Credit Cards ***       147.29-
    VISA

    TRANSACTION: SALE (S)
CARD: VISA   #: ***********0030
      SEQ. #: A101
      AUTH. #: 012529 AUTO
    LOCATION ID: 00000002,999

TOTAL CHARGE AMOUNT:  147.29
    TOTAL SALE AMOUNT:  147.29

**4**

ent.By: CORPORATE INVESTIGATIVE SERVICES;4406140120;        May-12-05  5:42PM;        Page 5/5

# DECLARATION

I, _Phil Thompson_ , declare and state as follows:

1.    I visited The Anderson store located at _Columbus-Sawmill_ _700 Bent Tree Blvd., Columbus, OH 43235_ on _Friday, May 13,_ , 2005 and purchased _2_ ~~dozen~~ _sleeves_ Titleist Pro V1 golf balls.

2.    The outer and inner packaging of the purchased Titleist Pro V1 golf balls have been evidenced with the date purchased, my initials, the name of the store, and the store location.

3.    I have maintained custody and control of the golf balls, and have personally forwarded the products to Investigative Network, Inc. located in Prescott, Arizona via Federal Express on _May, 13_ , 2005.

I declare under penalty of perjury under the laws of the United States of America that this foregoing declaration is true and correct.

Executed this _13_ day of _May_, 2005 in _Columbus, OH_ .

_Phil Thomp_
Signature

_Phil Thompson_
Print Name

EXHIBIT
4

*5/13/05*
*PT*

```
              THE ANDERSONS #38
          Receipt Required for Returns
              Columbus, OH 43235
                (614) 766-9500


REG 3   05/13/05 Trx# 419326  Time 10:55
Cashier 132935   Name JEANNIE

    1 GOLF BALLS                45.99 T
      523715
      GOLF BALLS                22.99-T
      3 Markdown
      523715


                     Subtotal    23.00
                          Tax     1.56
    1 Items           Total      24.56
      *** Credit Cards ***      24.56-
      VISA




          TRANSACTION: SALE (S)
     CARD: VISA   #: ***********0030
            SEQ. #: A101
           AUTH. #: 013817 AUTO
       LOCATION ID: 00000002,999

   TOTAL CHARGE AMOUNT:   24.56
    TOTAL SALE AMOUNT:   24.56
```

**The Andersons**

American Mall, 3000 West Elm St.
Lima, OH 45805-2548
(419) 999-9918

## RETAIL DIVISION

- [ ] 530 Illinois
  (#42) Maumee, OH 43537
  (419) 891-2700
- [ ] 4701 Talmadge Rd.
  (#41) Toledo, OH 43623
  (419) 473-3232
- [ ] Woodville Mall, Woodville Rd.
  (#40) Northwood, OH 43619
  (419) 698-8400
- [ ] 5800 Alshire Dr.
  (#39) Columbus, OH 43232-4701
  (614) 864-8800
- [ ] 7000 Bent Tree Blvd.
  (#38) Worthington, OH 43235-8903
  (614) 766-9500
- [ ]

# SALES INVOICE

STORE # _3_    **1332114**

- [ ] **INTRA COMPANY**
- [ ] **SPECIAL ORDER**
- [ ] **INSTALLATION**
- [ ] **DELIVERY**

| BY | CUSTOMER ORDER NO. | CUSTOMER NO. | DATE |
|----|--------------------|--------------|------|

**NAME**

**ADDRESS**

**CITY/ST.**
**ZIP CODE**

**PHONE** (          )

- [ ] CASH
- [ ] CHECK
- [ ] CREDIT CARD
- [ ] OTHER

| QUANTITY | SALE | SKU # | UNIT PRICE | EXTENDED AMOUNT | DESCRIPTION |
|----------|------|-------|------------|-----------------|-------------|
| | | | | | |

**TERMS: NET 15 EOM**

REMIT TO:   ACCOUNTS RECEIVABLE
P.O. BOX 4
MAUMEE, OHIO 43537

BY

RETURNS MUST BE ACCOMPANIED
BY SALES RECEIPT

25% RETURN CHARGE
ON ALL SPECIAL ORDERS

5/3/05

FORM 80-033-0370

**CUSTOMER'S COPY**

**5**

# DECLARATION



# DECLARATION

I, Matthew E. McIntyre, declare and state as follows:

# DECLARATION

I, _Matthew E. McIntyre_ , declare and state as follows:

    1.    I visited The Anderson store located at _530 Illino's Ave._ _Maumee, oH. 43537_ on _May_ _13_ , 2005 and purchased _Three (3)_ dozen Titleist Pro V1 golf balls.

    2.    The outer and inner packaging of the purchased Titleist Pro V1 golf balls have been evidenced with the date purchased, my initials, the name of the store, and the store location.

    3.    I have maintained custody and control of the golf balls, and have personally forwarded the products to Investigative Network, Inc. located in Prescott, Arizona via Federal Express on _May 13_ , 2005.

I declare under penalty of perjury under the laws of the United States of America that this foregoing declaration is true and correct.

Executed this _13_ day of _may_ , 2005 in _Maumee, OHIO_ .

_____
Signature

_matt mcIntyre_
Print Name



```
            THE ANDERSONS #42
         Receipt Required For Return
             Maumee, OH 43537
              (419) 891-2700


REG 3   05/13/05 Trx# 707026  Time 11:15
Cashier 31882    Name URSULA

   3 GOLF BALLS      @ 45.99    137.97 T
      0-84984-12477

                    Subtotal    137.97
                         Tax     10.00
   3 Items              Total    147.97
      *** Credit Cards ***       147.97-
      AMEX
```

5/13/2005
MM

```
       TRANSACTION: SALE (S)
CARD: AMEX    #: ***********1008
          SEQ. #: A101
         AUTH. #: 527084 AUTO
     LOCATION ID: 00000002,999

TOTAL CHARGE AMOUNT:  147.97
  TOTAL SALE AMOUNT:  147.97
```

e

# <u>DECLARATION</u>

I, _Matthew E McIntyre_____, declare and state as follows:

    1.    I visited The Anderson store located at _4701 Tulmadge Rd_ _Toledo, OH. 43623_____ on _May_ _13_____, 2005 and purchased _two (2)_ dozen Titleist Pro V1 golf balls.

    2.    The outer and inner packaging of the purchased Titleist Pro V1 golf balls have been evidenced with the date purchased, my initials, the name of the store, and the store location.

    3.    I have maintained custody and control of the golf balls, and have personally forwarded the products to Investigative Network, Inc. located in Prescott, Arizona via Federal Express on _May 13_____, 2005.

I declare under penalty of perjury under the laws of the United States of America that this foregoing declaration is true and correct.

Executed this _13___ day of _May_, 2005 in _Toledo, Ohio_____.

_____
Signature

_____
Print Name  _matt mcIntyre_

**EXHIBIT**

6

```
              THE ANDERSONS #41
           Receipt Required For Returns
               Toledo, OH 43623
                (419) 473-3232


REG 2   05/13/05 Trx# 761847  Time 11:58
Cashier 31423    Name Laura

   2 GOLF BALLS    @ 45.99      91.98 T
     0-84984-12477

                     Subtotal     91.98
                         Tax       6.68
   2 Items           Total       98.66
     *** Credit Cards ***        98.66-
     AMEX
```

5/13/2005

mm

```
         TRANSACTION: SALE (S)
CARD: AMEX   #: ***********1008
           SEQ. #: A101
          AUTH. #: 566322 AUTO
       LOCATION ID: 00000002,999

   TOTAL CHARGE AMOUNT:    98.66
     TOTAL SALE AMOUNT:    98.66
```

EXHIBIT

7

Exhibits

**8**

# **DECLARATION**

I, _Calvin Jones_____, declare and state as follows:

1.    I visited the Scheel Sporting Goods store located at _168th W Dodge_

_____ on _9_

_April_____, 2005 and purchased 2-dozen Titleist Pro V-1 golf balls.

2.    The outer and inner packaging of the purchased Titleist Pro V-1 golf balls

have been evidenced with the date purchased and my initials.

3.    I have maintained custody and control of the golf balls, and have

personally forwarded the products to Investigative Network, Inc. located in Prescott,

Arizona via Federal Express on _Mon 11 April_____, 2005.

I declare under penalty of perjury under the laws of the United States of America that

this foregoing declaration is true and correct.

Executed this _9th_ day of _April_, 2005 in _Omaha_____.

_____
Signature

_Calvin Jones_____
Print Name

**EXHIBIT**

_8_

```
          ·--·-· ·---·--·-· ·---·
             Omaha, NE 68118
       402-289-5666 04-08-05 S00058 R006


BALL GOLF PRO V1-1 DOZ              44.99
DEPT: 0934
08498409978
BALL GOLF PRO V1-1 DOZ             -44.99V
DEPT: 0934
08498409978        -1 @ 44.99
BALL GOLF PRO V1-1 DOZ              39.99
DEPT: 0934
08498409978
BALL GOLF PRO V1-1 DOZ              39.99
DEPT: 0934
08498409978


SUB TOTAL                          79.98
SALES TAX                           5.60
TOTAL                              85.58
AMOUNT TENDERED
CASH                              100.58


TOTAL PAYMENT                     100.58
CHANGE                             15.00
          Thank you.
Around town or on the trail - Scheels
 has the right bike for your ride.
   Scheels... Right there with you.
#201712 04-08-05 07:51P BByman
```

8 April 05

9

APR-11-2005  10:35                                                          P.05

# **DECLARATION**

I, _William Ralph_____, declare and state as follows:

   1.     I visited the Scheel Sporting Goods store located at _____

_4301  W. Wisconsin Ave , Appleton  Wi 54913_

on _4-11-05 And 4-12-05_, 2005 and purchased 2-dozen Titleist Pro V-1 golf

balls.

   2.     The outer and inner packaging of the purchased Titleist Pro V-1 golf

balls have been evidenced with the date purchased and my initials.

   3.     I have maintained custody and control of the golf balls, and have

personally forwarded the products to Investigative Network, Inc. located in

Prescott, Arizona via Federal Express on _____, 2005.


I declare under penalty of perjury under the laws of the United States of America

that this foregoing declaration is true and correct.

                                                          _Outagamie County_

Executed this _12_ day of _April_, 2005 in _Appleton, Wi_____.


_____
Signature

_William Ralph_____
Print Name

EXHIBIT

9

TOTAL P.05

```
          Scheels All Sports
          4301 W. Wisconsin Ave
           Appleton, WI 54913
      920-830-2977 04-12-05 S00054 R001


          Scheels All Sports
          4301 W. Wisconsin Ave
           Appleton, WI 54913
      920-830-2977 04-12-05 S00054 R001


          Scheels All Sports
          4301 W. Wisconsin Ave
           Appleton, WI 54913
      920-830-2977 04-12-05 S00054 R001


          Scheels All Sports
          4301 W. Wisconsin Ave
           Appleton, WI 54913
      920-830-2977 04-12-05 S00054 R001


BALL GOLF TITLIST PRO V1           79.98
DEPT: 0934
08498412477              2 @ 39.99


SUB TOTAL                          79.98
SALES TAX                           4.00
TOTAL                              83.98
AMOUNT TENDERED
CHECK                              83.98


TOTAL PAYMENT                      83.98
              Thank you.
Around town or on the trail - Scheels
  has the right bike for your ride.
   Scheels...Right there with you.
#53765  04-12-05 10:33A AShogr


CUSTOMER SATISFACTION IS PRIORITY 1 !!
```

```
          Scheels All Sports
          4301 W. Wisconsin Ave
           Appleton, WI 54913
      920-830-2977 04-11-05 S00054 R009

CUSTOMER RECEIPT COPY

-SOCK 2 IN 1-9/11/PUR               3.74
DEPT: 0002
03284946509
BALL GOLF TITLIST PRO V1           39.99
DEPT: 0934
08498412477
BALL GOLF TITLIST PRO V1           39.99
DEPT: 0934
08498412477


SUB TOTAL                          83.72
SALES TAX                           4.19
TOTAL                              87.91
AMOUNT TENDERED
VISA                               87.91
CARD #:       XXXXXXXXXXXXXXXX3566
EXP DATE           0807
AMOUNT             87.91
AUTH CODE          610196


TOTAL PAYMENT                      87.91
              Thank you.
Around town or on the trail - Scheels
  has the right bike for your ride.
   Scheels...Right there with you.
#119054 04-11-05 08:58P MLeon


CUSTOMER SATISFACTION IS PRIORITY 1 !!
```

**10**

-11-2005  09:01                                                                                      P.09

# __DECLARATION__

I, _Bill Nelson_____, declare and state as follows:

1.    I visited the Scheel Sporting Goods store located at _4201 West_

_Division St, Crossroads Center, Ste 109 in St. Cloud, MN_

on _Tuesday, April 12th_, 2005 and purchased 2-dozen Titleist Pro V-1 golf

balls.

2.    The outer and inner packaging of the purchased Titleist Pro V-1 golf

balls have been evidenced with the date purchased and my initials.

3.    I have maintained custody and control of the golf balls, and have

personally forwarded the products to Investigative Network, Inc. located in

Prescott, Arizona via Federal Express on _April 12th_____, 2005.

I declare under penalty of perjury under the laws of the United States of America

that this foregoing declaration is true and correct.

Executed this _12th_ day of _April_, 2005 in _City of St. Cloud_

_County of Stevens_

_State of Minnesota_

_____
Signature

_Bill Nelson_
Print Name

EXHIBIT
10

_Subscribed and sworn to before me this_
_12th Day of April, 2005_

_____
Signature of Notary Public

St. Cloud Scheels
40 North Waite Avenue
Waite Park, MN 56387
320-252-9494 04-12-05 S00056 R002

CUSTOMER RECEIPT COPY

BALL GOLF TITLIST PRO V1          44.99
DEPT: 0934
08498412477
BALL GOLF TITLIST PRO V1          44.99
DEPT: 0934
08498412477


SUB TOTAL                         89.98
SALES TAX                          5.85
TOTAL                             95.83
AMOUNT TENDERED
VISA                              95.83
CARD #:       XXXXXXXXXXXXXXX1843
EXP DATE      0206
AMOUNT        95.83
AUTH CODE     112173

TOTAL PAYMENT                     95.83
                Thank you.
Around town or on the trail · Scheels
  has the right bike for your ride
    Scheels...Right there with you.
#33137  04-12-05 11:41A HOLLI

4-12-05
BN,

11

APR-08-2005  12:29                                                          P.05

# **DECLARATION**

I, ___DARWYN Peterson___, declare and state as follows:

1. I visited the Scheel Sporting Goods store located at _____

Rim Rock mall 300 South 24th Street West, Billnes, M, 59102

on ___Friday Apil 8,___, 2005 and purchased 2-dozen Titleist Pro V-1 golf

balls.

2. The outer and inner packaging of the purchased Titleist Pro V-1 golf

balls have been evidenced with the date purchased and my initials.

3. I have maintained custody and control of the golf balls, and have

personally forwarded the products to Investigative Network, Inc. located in

Prescott, Arizona via Federal Express on ___4-8-___, 2005.

I declare under penalty of perjury under the laws of the United States of America

that this foregoing declaration is true and correct.

Executed this __8__ day of __April__, 2005 in __Billings, MT 59102__.

_Dwryn Peti~_
Signature

___Darwyn Peterson___
Print Name

EXHIBIT
II

*Pete*
*4-8-05*

Rimrock Scheels
300 S. 24th Street West
Billings, MT 59102
406-656-9220 04-08-05 S00018 R001

CUSTOMER RECEIPT COPY

BALL GOLF TITLIST PRO V1        44.99
DEPT: 0934
08498412477
BALL GOLF TITLIST PRO V1        44.99
DEPT: 0934
08498412477


SUB TOTAL                       89.98
TOTAL                           89.98
AMOUNT TENDERED
MASTERCARD                      89.98
CARD #:       XXXXXXXXXXXXX5558
EXP DATE         0605
AMOUNT          89.98
AUTH CODE        059585


TOTAL PAYMENT                   89.98
            Thank you.
Around town or on the trail - Scheels
  has the right bike for your ride.
   Scheels ... Right there with you.
0347732 04-08-05 02:00P Etta

EXHIBIT 12







