Clerk's Office
USDC, Mass.
Date 6-2-05
By MR
Deputy Clerk

AO 458 (Rev. 10/95) Appearance

# United States District Court
## DISTRICT OF MASSACHUSETTS

Acushnet W.

V.

**APPEARANCE**

City Sports, Inc.

CASE NUMBER:  05 - 11108 - DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Defendant, City Sports, Inc.

I certify that I am admitted to practice in this court.

June 2, 2005
_Date_

_Signature_

Robert B. Lovett        561691
_Print Name_                _Bar Number_

Sullivan Shaw, 2 Seaport Lane
_Address_

Boston            MA            02210
_City_            _State_          _Zip Code_

617 - 946 - 4927;  617-946-4801
_Phone Number_              _Fax Number_

This form was electronically produced by Elite Federal Forms, Inc.