# UNITED STATES DISTRICT COURT

District of  Massachusetts

Acushnet Company

**SUMMONS IN A CIVIL CASE**

V.

City Sports, Inc., et al.

CASE NUMBER:

**05 11108 DPW**

TO: (Name and address of Defendant)
City Sports, Inc., et al.
64 Industrial Way
Wilmington, MA 01887

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger Lane, Esq.
Greenberg Traurig LLP
1 International Place, 20th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ARAH A. THORNTON

MAY 27 2005

DATE

EPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-31-2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas L Savage | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the ~~third-party~~ defendant. Place where served: 64 Woodridgeway, W. Bridgewater Mass
   In Woma L. Michael Kennedy C.E.O.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-31-2005
             Date         Signature of Server

427 Neck N' Weymo MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.