UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY, A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY SPORTS, INC., a Massachusetts Corporation, John and JANE DOES 1-100 and XYZ CORPORATIONS 1-100,<br><br>Defendants. | Civil Action No. 05-11108-DPW |

## JOINT STATEMENT PRETRIAL SCHEDULE

Plaintiff Acushnet Company ("Acushnet" or "Plaintiff") and defendant City Sports, Inc. ("City Sports" or "Defendant"), hereby jointly propose the following deadlines for the various pretrial stages described below. Unless otherwise agreed between the parties and approved or ordered by the Court, the various stages of discovery shall be completed no later than the deadlines indicated.

| PRETRIAL EVENT | DEADLINE |
|---|---|
| Fact Discovery including written discovery and depositions to be completed by | December 23, 2005 |
| Expert designations and reports due by | January 17, 2006 |
| Expert depositions concluded by | February 17, 2006 |
| Expert reply reports due by | March 10, 2006 |
| Daubert motions, if any, to be filed and served by | April 3, 2006 |
| Motions pursuant to FED. R. CIV. P. 56 to be filed and served by | April 3, 2006 |

| PRETRIAL EVENT | DEADLINE |
|---|---|
| Oppositions to Rule 56 motions to be filed and served by | May 1, 2006 |
| Replies to Rule 56 motions to be filed and served by | May 22, 2006 |
| Hearing on motions pursuant to FED. R. CIV. P. 56 | July 2006 or at the discretion of the Court |
| Trial | September 2006 or at the discretion of the Court |

**RESPECTFULLY SUBMITTED:**
ACUSHNET COMPANY, Plaintiff
By its attorneys,


/s/ Annapoorni R. Sankaran
Roger A. Lane, BBO #551368
Annapoorni R. Sankaran, BBO #631056
Salo L. Zelermyer, BBO #661228
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Harley I. Lewin (HL 1819), *pro hac vice*
GREENBERG TRAURIG, LLP
200 Park Avenue, 20th Floor
New York, NY 10166
(212) 801-9200

Katherine Compton, , *pro hac vice*
GREENBERG TRAURIG, LLP
State Bar No. 04652100
600 Three Galleria Tower
13155 Noel Road
Dallas, Texas 75240
Telephone: (972) 419-1250
Facsimile: (972) 419-1251
(Admitted Pro Hac Vice)

**RESPECTFULLY SUBMITTED:**
CITY SPORTS, INC., Defendant,
By its attorneys,


/s/ William L. Pricket
William L. Prickett, BBO #555341
Susan W. Gelwick, BBO #567115
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Tel: (617) 946-4800
Fax: (617) 946-4801