# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACUSHNET COMPANY, a Delaware Company, <br><br> Plaintiff, <br><br> v. <br><br> CITY SPORTS, INC., a Massachusetts Corporation, JOHN AND JANE DOES 1-100 and XYZ CORPORATIONS 1-100, <br><br> Defendants. | Civil Action No. 05-11108-DPW |

## NOTICE OF APPEARANCE

Kindly enter the appearance of William L. Prickett, Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210 as counsel for the Defendant City Sports, Inc. in the above-referenced matter.

CITY SPORTS, INC.

By its attorneys,

/s/ William L. Prickett
William L. Prickett (BBO No. 555341)
Susan W. Gelwick (BBO No. 567115)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

Dated: August 25, 2005