UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Acushnet Company, a Delaware Corporation,** | § § § § § § § § § § § § § § § | C.A. NO. 05 11108 DPW <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |
| Plaintiff, | | |
| v. | | |
| **City Sports, Inc., a Massachusetts corporation, John and Jane Does 1-100 and XYZ Corporations 1-100,** | | |
| Defendants. | | |

The named parties to this action, Acushnet Company and City Sports, Inc. have **STIPULATED** and **AGREED** to the dismissal with prejudice of this action pursuant to FED. R. CIV. P. 41 (a) (1) (ii) with each party bearing its own fees and costs, and all rights of appeal waived.

**STIPULATED AND AGREED**:

City Sports, Inc.

By its attorneys,

_/s/ William L. Prickett_

William L. Prickett, BBO #555341
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Tel: (617) 946-4800
Fax: (617) 946-4801

Acushnet Company

By its attorneys,

_____
Roger A. Lane, BBO #551368
Salo L. Zelermyer, BBO #661228
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001

Harley I. Lewin (HL 1819)
GREENBERG TRAURIG, LLP
200 Park Avenue, 20th Floor
New York, NY 10166
(212) 801-9200
(Application for admission Pro Hac Vice pending)

Katherine Compton
GREENBERG TRAURIG, LLP
State Bar No. 04652100
600 Three Galleria Tower
13155 Noel Road
Dallas, Texas  75240
Telephone: (972) 419-1250
Facsimile:  (972) 419-1251
(Application for admission Pro Hac Vice pending)

DATED this 28th day of December, 2005.